No. 21, Original. WISCONSIN v. MINNESOTA ET AL. Motion for leave to file bill of complaint denied. THE CHIEF JUSTICE, MR. JUSTICE STEWART and MR. JUSTICE FORTAS are of the opinion that the motion for leave to file the bill of complaint should be set for oral argument. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion. *Bronson C. La Follette,* Attorney General of Wisconsin, *John H. Bowers,* Deputy Attorney General, and *A. J. Feifarek* and *Roy G. Tulane,* Assistant Attorneys General, for plaintiff. *Robert W. Mattson,* Attorney General of Minnesota, and *Perry Voldness,* Deputy Attorney General, for defendant State of Minnesota. *Randall J. LeBoeuf, Jr.,* and *Arthur R. Renquist* for defendant Northern States Power Co.

No. 784. WATKINS ET AL. v. SUPERIOR COURT, LOS ANGELES COUNTY, ET AL. Dist. Ct. App. Cal., 2d App. Dist. Motion for stay of injunction or expedited disposition of the petition for writ of certiorari presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, is denied. *Jack Greenberg, Raymond L. Johnson* and *Anthony G. Amsterdam* on the motion.

No. 390, Misc. WHITLOW v. WAINWRIGHT, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 185, Misc. HERRING v. DISTRICT COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *George J. Roth,* Deputy Attorney General, for respondent.